UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC NORDQUIST,
      Plaintiff,

vs.                                                    Case No.:  3:20cv4286/MCR/EMT

ESCAMBIA COUNTY SHERIFF'S
DEPARTMENT,
      Defendant.
_____/

## REPORT AND RECOMMENDATION

     Plaintiff commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1).  On September 4, 2020, the court entered an order pointing out deficiencies in Plaintiff's complaint and requiring Plaintiff to file an amended complaint within thirty days if he wished to proceed with this action (*see* ECF No. 12).  The court advised Plaintiff that failure to comply with the order would result in a recommendation that the case be dismissed (*see id.* at 6).

     Plaintiff did not file an amended complaint within the time allowed; therefore, on October 14, 2020, the court entered an order directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (*see* ECF No. 13).  The deadline for compliance with the show cause order has passed, and Plaintiff has not responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 3rd day of December 2020.


*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**