# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ERIC NORDQUIST,

    Plaintiff,

v.                                                      CASE NO. 3:20cv4286/MCR/EMT

ESCAMBIA COUNTY SHERIFF'S
DEPARTMENT,

    Defendant.
_____/

## O R D E R

    The chief magistrate judge issued a Report and Recommendation on December 3, 2020. ECF No. 14. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

    Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.   The chief magistrate judge's Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this Order.

2.   This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3.   The clerk of court is directed to close this case.

**DONE AND ORDERED** this 19th day of January 2021.

   *s/ M. Casey Rodgers*
   **M. CASEY RODGERS**
   **UNITED STATES DISTRICT JUDGE**